UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD ALLEN LANCASTER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LeGRAND, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:14-cv-00169-MMD-VPC<br><br>ORDER |

　　　This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion seeking status and a copy of the docket sheet in this action. Good cause appearing, petitioner's motion is granted.

　　　It is therefore ordered that petitioner's motion for status and a copy of the docket sheet in this action (dkt. no. 20) is granted.

　　　It is further ordered that the Clerk of Court shall send petitioner a copy of the docket sheet in this action.

　　　DATED THIS 3rd day of April 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE